UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIARA POPE,

      Plaintiff,

v.

EVEREST NATIONAL INSURANCE
COMPANY,

      Defendant.
_____/

Case No. 2:19-cv-10895
District Judge Paul D. Borman
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANT'S MOTION TO SHOW CAUSE (ECF No. 19) and REQUIRING NON-PARTY PASSION OF MIND HEALING CENTER TO APPEAR AND SHOW CAUSE

Currently before the Court is Defendant Everest National Insurance Company's March 5, 2020 motion to show cause. (ECF No. 19.) Specifically, Defendant requests that non-party Passion of Mind Healing Center be ordered to appear and "explain why it should not be held in contempt of court for its failure to abide by the valid subpoena." (ECF No. 19, PageID.270-271.)

Upon consideration, Defendant's motion (ECF No. 19) is **GRANTED**. Non-party Passion of Mind Healing Center **SHALL** appear in my courtroom on **Monday, April 27, 2020 at 3 p.m.** to show cause as to why it should not be held in contempt. Moreover, no later than **Wednesday, March 18, 2020**, Defendant

**SHALL: (1)** serve copies of its motion and this order upon Passion of Mind Healing Center; and, **(2)** file proof of such service.

    **IT IS SO ORDERED.**

Dated: March 16, 2020

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE